court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CARIDAD BERTEEN v. ROWALL REALTY CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ LOUIS HERNANDEZ v. ADAMS & COMPANY REAL ESTATE, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of BUDGET DRESS CORP. against JOINT BOARD OF DRESS AND WAISTMAKERS' UNION OF GREATER NEW YORK.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of FIVE BORO CONSTRUCTION CORP. against ROBERT MOSES, as Commissioner of Parks, et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID BLOCH.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON SILVER (True Name LEON SELZER).— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ MARGARET GORDON v. SIMON GLUCKMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (September 17, 1959)

■ MAYER KADISH v. GARMENT CENTER CAPITOL, INC. KRULL BROTHERS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ LESTER CRAWFORD, as Special Trustee of Local 50, Bakery and Confectionery Workers' International Union of America, et al., v. THOMAS NEWMAN et al. LESTER CRAWFORD, as Special Trustee of Local 51, Bakery and Confectionery Workers' International Union of America, et al., v. NATHAN EHRLICH, Individually and as President of Cake Bakers Local 51, American Bakery and Confectionery Workers' International Union, AFL–CIO, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.